IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Carmen de Lourdes Cáez,<br><br>Plaintiff<br><br>v.<br><br>Universidad de Puerto Rico, et al.,<br><br>Defendants. | **Civil. No. 20-cv-01003(GMM)** |

**JUDGMENT**

Pursuant to this Court's Opinion and Order at Docket No. 111, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's federal and state law claims as to Defendant University of Puerto Rico. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, July 13, 2023.

s/Gina R. Méndez-Miró
GINA R. MÉNDEZ-MIRÓ
UNITED STATES DISTRICT JUDGE