IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARMEN DE LOURDES CAEZ**<br><br>Plaintiff<br><br>Vs.<br><br>**UNIVERSIDAD DE PUERTO RICO LUIS LUGO, JANE DOE** and their conjugal partnership, **HARRY HERNANDEZ, SUSAN ROE** and their conjugal partnership**, RAUL CASTRO, JANE DOE**, and their conjugal partnership**, WALTER MUCHER, SUSAN ROE,** and their conjugal partnership, **GLORIVEE ROSARIO, JOHN DOE,** and their conjugal partnership, **IRMANNETTE TORRES, SAMUEL ROE,** and their conjugal partnership, **CORPORATION ABC, INSURANCE COMPANY DEF,** and **JOHN DOE**<br><br>Defendants | **CIVIL NO. 20-1003(GMM) FOR:**<br>    DISCRIMINATION<br>     EMPLOYMENT<br>     RETALIATION   FOR<br>SEXUAL HARASSMENT<br>42 USC 1983<br>PLAINTIFF DEMANDS<br>    TRIAL BY JURY |

**NOTICE OF APPEAL**

**TO THE HONORABLE COURT:**

   **COMES NOW** Plaintiff Carmen de Lourdes Caez through her undersigned attorneys, and respectfully **ALLEGES** and **PRAYS** as follows:

1. Plaintiff notifies this Court that she is appealing this Court's July 11, 2023 Opinion and Order, Docket 111, the July 13, 2023 Judgment, Docket 112, and its August 9, 2023 Order Denying Plaintiff's Motion for Reconsideration.

   **WHEREFORE,** Plaintiff very respectfully asks that this Court to take note of the above.

   **RESPECTFULLY SUBMITTED**

   In San Juan, Puerto Rico this 9th of August 2023.

2

**I HEREBY CERTIFY** that I have filed this Motion with the Court's ecf filing system, which system will notify all counsel of record.

/s/Jane Becker Whitaker
USDCPR 205110
**BECKER VISSEPO**
P.O Box 9023914
San Juan, PR  00902-3914
Teléfono (787) 945-2406
jbw@beckervissepo.com

2