# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
Transmittal of Abbreviated Record to the Court of Appeals

**DATE:** August 22, 2023

**DC #:** 20-1003 (GMM)

**APPEAL FEE PAID:** YES __X__ NO _____

**CASE CAPTION:** Carmen de Lourdes Cáez  v.  Universidad de Puerto Rico

**IN FORMA PAUPERIS:** YES _____ NO __X__

**MOTIONS PENDING:** YES _____ NO __X__

**NOTICE OF APPEAL FILED BY:** Plaintiff

**APPEAL FROM:** Opinion and Order entered on 07/11/2023, Judgment entered on 07/13/2023 and Order entered on 08/09/2023

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**Docket Entries 111, 112, 114 & 115**

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated record on appeal in the case.

ADA I. GARCIA-RIVERA, ESQ
Clerk of Court

S/ Mildred Concepción
Mildred Concepción
Deputy Clerk

s/c: CM/ECF Parties, Appeals Clerk